**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

Inventergy, Inc.,

      Plaintiff,                      **C.A. No.: 17-cv-200-VAC-CJB**

vs.

HTC Corporation, and
HTC America, Inc.,

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF HTC UNDER RULE 41(a)(1)(A)(i)

Plaintiff Inventergy, Inc., hereby voluntarily dismisses, without prejudice, sole defendants HTC Corporation and HTC America, Inc. (collectively, "HTC") under Federal Rule of Civil Procedure 41(a)(1)(A)(i). This rule allows the filing of this notice because HTC has not "serve[d] either an answer or a motion for summary judgment."

Dated: May 25, 2017                          Respectfully submitted,

Of Counsel:                                  **FARNAN LLP**

Christopher A. Seidl                    */s/ Brian E. Farnan*
Mary Pheng                                Brian E. Farnan (#4089)
**ROBINS KAPLAN LLP**             Michael J. Farnan (#5165)
800 LaSalle Avenue                   919 North Market Street, 12th Floor
2800 LaSalle Plaza                   Wilmington, DE 19801
Minneapolis, MN 55402            (302) 777-0300
(612) 349-8500                        (302) 777-0301 (Fax)
(612) 339-4181                        mfarnan@farnanlaw.com
CSeidl@RobinsKaplan.com       bfarnan@farnanlaw.com
MPheng@RobinsKaplan.com

Seth A. Northrop
Li Zhu
**ROBINS KAPLAN LLP**
2440 W. El Camino Real, Suite
100 Mountain View, CA 94040

Telephone: (650) 784-4040
Facsimile: (650) 784-4041
SNorthrop@RobinsKaplan.com
LZhu@RobinsKaplan.com

***ATTORNEYS FOR PLAINTIFF
INVENTERGY, INC.***